# Court of Appeals
# of the State of Georgia

ATLANTA, __March 08, 2016__

*The Court of Appeals hereby passes the following order:*

**A16A0641.  IN RE ESTATE OF LEON KIRKLAND AND IN RE ESTATE OF RUBY KIRKLAND.**
**A16A0642.  IN RE ESTATE OF LEON KIRKLAND AND IN RE ESTATE OF RUBY KIRKLAND.**

Based upon this Court's dismissal of two other related appeals, A16A0038 and A16A0039, and the subsequent denial of the Appellant's Motion for Reconsideration, and in consideration of the Appellant's admission that the appeals in A16A0641 and A16A0642 are moot due to the dismissal in the other two related cases, the Appellee's Motion to Dismiss is hereby GRANTED and A16A0641 and A16A0642 are both Dismissed.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,___03/08/2016___
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*